NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

WILLIAM BEUCHER, DOC #T074417,      )
                                    )
          Appellant,                )
                                    )
v.                                  )
                                    )   Case No. 2D17-4041
STATE OF FLORIDA,                   )
                                    )
          Appellee.                 )
_____    )

Opinion filed September 5, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County, Frank Quesada, Judge.

William Beucher, pro se.


PER CURIAM.


          Affirmed.


LaROSE, C.J., and CASANUEVA and SLEET, JJ., Concur.